KIRBY *et al. v.* BERRIER *et al.*

BECK, P. J. Under the evidence and the pleadings in this case there was no error in refusing the injunction prayed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 396. JANUARY 16, 1918.

Petition for injunction. Before Judge Bartlett. Douglas superior court. April 4, 1917.

*James & Bedgood,* for plaintiffs. *M. J. Head,* for defendants.